CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RKJ

MAR 06 2015

JULIA C. DUDLEY, CLERK
BY: /s/ H McDermid
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KENNETH VALENTINE AWE, ) | Civil Action No. 7:14-cv-00644 |
| Plaintiff, ) | |
| ) | **MEMORANDUM OPINION** |
| v. ) | |
| ) | By: Jackson L. Kiser |
| ROSP WARDEN MATHENA, et al, ) | Senior United States District Judge |
| Defendant(s). ) | |

Kenneth Valentine Awe, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered February 13, 2015, the court directed plaintiff to comply with the conditions of the court's January 20, 2015, Order. In the February 13, 2015 Order plaintiff was directed within 14 days to provide the required inmate account report and six-month statements. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 14 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This ___6th___ day of March, 2015.

/s/ Jackson L. Kiser
Senior United States District Judge